UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JENNIFER A. STEWART and<br>CHERIE L. CRUZ,<br>    **Plaintiffs**<br><br>v.<br><br>**CITY OF PAWTUCKET,**<br>by and through its Treasurer,<br>**Christopher Rosa**, **alias**, **KENNETH R. MCGILL, alias,** in his individual and Official capacities as the Registrar of the Board of Canvassers of the City of Pawtucket, and **JOHN HANLEY**, **alias** in his individual and official capacities as the Director of Zoning for the City of Pawtucket,<br>    **Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 22-00280—MSM-LDA |

## CONSENT ORDER

By agreement of the parties and with approval of this Court, the following Order shall enter:

That the Defendant City of Pawtucket ("City"), its officers, agents, servants, employees, attorneys, and all those in active concert and/or participation with them are temporarily restrained and enjoined from enforcing and/or threatening to enforce certain provisions of the City Zoning Ordinance, specifically, §410-83, entitled "Signs," as follows:

1. From prohibiting the erection and/or display of political campaign signs, including but not limited to candidate campaign signs or issue signs, or from subjecting the posting of any such signs to durational limits; and,

2. From imposing any size, placement, and/or illumination restrictions on political campaign signs, including but not limited to candidate campaign signs or issue signs, that are more stringent than those imposed on non-political signs.

3. This Order shall remain in full force and effect until further Order of this Court and/or agreement of the parties.

Entered as an **Order** of this Court on the **28th day July, 2022.**

Page 1 of 2

| | |
|---|---|
| **ENTER:** | **PER ORDER:** |
| _Mary S. McElroy_ (signature) | C. Potter |
| **Mary S. McElroy, District Court Judge** | **Clerk** |

**ASSENTED TO AS TO FORM AND SUBSTANCE:**

|  |  |
|---|---|
|  | Plaintiffs,<br>By their attorneys, |
| Date: **July 28, 2022** | **/s/ Richard A. Sinapi**<br>**Richard A. Sinapi, Esq. (#2977)**<br>**American Civil Liberties Union Foundation of Rhode Island**<br>Sinapi Law Associates, Ltd.<br>2374 Post Road, Suite 201<br>Warwick, RI 02886<br>Phone: (401) 739-9690; FAX: (401) 739-9040<br>Email: ras@sinapilaw.com |
|  | Defendant **City of Pawtucket,**<br>By its attorneys, |
| Date: **July 28, 2022** | **/s/ Frank J. Milos**<br>**Frank J. Milos, Esq. (#4808)**<br>**Pawtucket City Solicitor**<br>103 Cottage St<br>Pawtucket, RI 02860<br>Phone: (401) 725-0840; FAX: (401) 725-0847<br>Email: fjm@nearymiloslaw.com |
| Date: **July 28, 2022** | **/s/ Marc DeSisto**<br>**Marc DeSisto, Esq. (#2757)**<br>**Kathleen A. Hilton, Esq. (#9473)**<br>DeSisto Law LLC<br>60 Ship Street<br>Providence, Rhode Island 02903<br>Phone: (401) 272-4442<br>marc@desistolaw.com<br>katie@desistolaw.com |

## **CERTIFICATION**

I hereby certify that on **July 27, 2022,** a true copy of the within was filed electronically via the Court's CM/ECF System **and caused to be served upon the Defendants and/or their Counsel.** Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF system.

**/s/ Richard A. Sinapi**

Page 2 of 2